UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Consent to Electronic Service**

Jake Stanley DeWilde

    Plaintiff – Appellant,

v.

Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants – Appellees.

Case No. 23-8054

    I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

                      Jake Stanley DeWilde
                                Name

                      jakedewilde@gmail.com
                Email address (type or print clearly)

                              Signature