# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE - PRO SE

Jake Stanley DeWilde

     Plaintiff–Appellant,

v.

Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

     Defendants-Appellees.

No. 23-8054

---

I hereby notify the Clerk that I am appearing pro se as the

Appellant

---

(Appellant, Petitioner, Appellee or Respondent)

in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify:

✓    All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

☐    There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

---
Signature

Jake DeWilde
Name

PO Box 267
Mailing Address

| Wapiti | WY | 82450 |
|--------|-------|----------|
| City | State | Zip Code |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct
parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome
of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in
this court, but who have appeared for a party in prior trial or administrative proceedings, are
noted below.

☑     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to
the court.

8/2/2023
_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required
information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑       All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐       On _____ I sent a copy of the Pro Se Entry
                      [date]

of Appearance Form to: _____

at_____

_____, the last known

address/email address, by _____.
                          [state method of service]

8/2/2023
_____
Date


_____
Signature