## 10th CIR. FORM 4. DISCLOSURE STATEMENT

### UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

### Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

Jake Stanley DeWilde

    Plaintiff – Appellant,

v.

Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants – Appellees.

Case No. 23-8054

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____ Jake Stanley DeWilde, Plaintiff – Appellant _____
                       [Party Name(s)]
certifies[1] as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☑   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

8/2/2023
_____
Date

_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.