# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| Jake Stanley DeWilde<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>Defendants - Appellees. | No. 23-8054 |

On Appeal from the United States District Court for the District of Wyoming
The Honorable Chief Judge Scott W. Skavdahl
No. 1:23-cv-00003-SWS

## APPELLANT'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

Appellant respectfully moves this Court for entry of an order pursuant to Rule 25(a)(2)(B)(ii) of the Federal Rules of Appellate Procedure granting Appellant, an unrepresented person, leave to electronically file with the Clerk, for the duration of this appeal, all submissions that may be filed electronically pursuant to the Federal

Rules of Appellate Procedure and the Tenth Circuit Rules. An order granting Appellant the requested relief would:

1. Provide Appellant a method of filing that is more economical than nonelectronic filing;

2. Ensure that filings by Appellant are timely by minimizing delays associated with mail disruptions, which are common in the geographical region where Appellant resides, especially during the winter season;

3. Provide this Court and Appellees with filings in a medium better-suited for reading, referencing, searching, and otherwise manipulating.

For the foregoing reasons, Appellant respectfully requests that the Court grant this motion.

DATED this 2nd day of August, 2023.        Respectfully Submitted,

Jake S. DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524

## Certificate of Compliance With Type-Volume Limit
## Typeface Requirements and Type Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains <u>143</u> words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point typeface.

Date: August 2nd, 2023

_____

Jake Stanley DeWilde

PO Box 267

Wapiti, WY 82450

(307) 587-4524

[Return address, handwritten:]
KE DEWILDE
BOX 267
PATH, WY 82450

[Postage: US POSTAGE $009.73, AUG 02 2022, ZIP 82450, FIRST-CLASS]

[Tracking barcode: 7020 3160 0000 2693 1796]

[Addressed to:]
CLERK OF COURT,
1823 STOUT STREET
DENVER, CO 80257-1823

Scanned by US Marshal