# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Jake Stanley DeWilde

v.

United States Attorney General, et al.

Case No. 23-8054

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_United States Attorney General_
[Party or Parties][1]
_Director of Bureau of Alcohol, Tobacco, Firearms, and Explosives_

_Defendant-Appellees_, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Benjamin R. Lewis
Name of Counsel

Name of Counsel

/s/ Benjamin R. Lewis
Signature of Counsel

950 Pennsylvania Ave. NW
Rm. 7250, Washington D.C. 20530
(202) 514-2494
Mailing Address and Telephone Number

Signature of Counsel

Mailing Address and Telephone Number

benjamin.r.lewis@usdoj.gov
E-Mail Address

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[x] The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.
 - Jeremy A. Gross, United States Attorney's Office, as trial counsel for defendant-appellees
 - Jeremy S.B. Newman, Department of Justice, as trial counsel for defendant-appellees

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

8/10/2023
Date

/s/ Benjamin R. Lewis
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[X] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____ I sent a copy of this Entry of Appearance
     [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

8/10/2023
_____
Date

/s/ Benjamin R. Lewis
_____
Signature