# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Jake Stanley DeWilde

v.                                                       Case No.  23-8054

United States Attorney General, et al.

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States Attorney General
_____
[Party or Parties][1]

Director of Bureau of Alcohol, Tobacco, Firearms, and Explosives
_____


Defendant-Appellees
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Abby C. Wright
_____           _____
Name of Counsel                                              Name of Counsel

/s/ Abby C. Wright
_____           _____
Signature of Counsel   950 Pennsylvania Ave., NW     Signature of Counsel

(202) 514-0664          Washington, D.C. 20530
_____           _____
Mailing Address and Telephone Number            Mailing Address and Telephone Number

abby.wright@usdoj.gov
_____           _____
E-Mail Address                                               E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[x]  The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation
and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not
entering an appearance in this court, but who have appeared for a party in prior trial or
administrative proceedings, are noted below.

- Jeremy A. Gross, United States Attorney's Office, as trial counsel for defendant-appellees

- Jeremy S.B. Newman, Department of Justice, as trial counsel for defendant-appellees

[ ]  There are no such parties/attorneys, or any such parties/attorneys have already been

disclose to the court.

_____8/31/2023_____
Date

_____/s/ Abby C. Wright_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the
required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[X]    All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

[ ]    On _____ I sent a copy of this Entry of Appearance
              [date]

Form to:

_____

at_____,

the last known address/email address, by _____.

                                                    [state method of service]

_____
    8/31/2023

Date

_____
        /s/ Abby C. Wright

Signature