**FILED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

4:21 pm, 7/17/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| JAKE STANLEY DeWILDE,<br><br>Plaintiff<br><br>vs<br><br>ATTORNEY GENERAL OF THE UNITED STATES; DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>Defendants | Case Number: 22-CV-03-SWS |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Granting Defendants' Motion to Dismiss the Amended Complaint (Doc. 26), entered July 17, 2023, which is fully incorporated by this reference,

 IT IS HEREBY ORDERED that final judgment is entered in Defendants' favor in accordance with that order and this action is DISMISSED.

 Dated this 17th day of July, 2023.

 Margaret Botkins
 Clerk of Court

 By Kim Blonigen
 Deputy Clerk