# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

STANLEY DEWILDE,
    *Plaintiff-Appellant,*

v.

UNITED STATES ATTORNEY GENERAL, *et al.*,
    *Defendant-Appellees.*

No. 23-8054

## MOTION FOR EXTENSION OF TIME
## TO FILE DEFENDANT-APPELLEES' BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and Tenth Circuit Rules 27.6 and 31.4, the United States respectfully moves for a 45-day extension of the deadline for filing its response brief in this appeal to and including November 20, 2023. *Pro se* plaintiff has indicated that he opposes this extension as requested.

1. This case raises a Second Amendment challenge to 18 U.S.C. § 922(o), which generally makes it unlawful for a person to possess a machinegun.

2. Plaintiff's deadline to file his opening brief was September 15, 2023. Plaintiff filed his opening brief on September 5, 2023. The government's response brief is currently due October 5, 2023. The government has not requested any prior extensions of time, and no oral argument date has been set.

3. The extension of time is necessary to give the government's counsel, Ben Lewis and Abby Wright, adequate time to prepare the government's response and to coordinate with agency counsel, in light of other deadlines. Ben Lewis is the attorney

with principal responsibility for preparing the government's brief in this case. In addition to this appeal, Mr. Lewis is responsible for drafting briefs in the following cases: *Poling v. Kijakazi*, No. 23-5209 (S. Ct.) (brief in opposition due Sept. 25, 2023); *Miller v. Garland*, 23-1604 (4th Cir.) (response brief currently due Oct. 30, 2023). Mr. Lewis is also scheduled to present oral argument in the following cases: *Nevada Chapter of the Associated General Contractors of America v. Walsh*, No. 22-16544 (9th Cir.) (oral argument scheduled for Oct. 5, 2023); *Orlandi v. Nolen*, No. 22-1269 (D.C. Cir.) (oral argument scheduled for Oct. 12, 2023); and has a number of other internal matters.

Abby C. Wright, the attorney with review responsibility over this case, is responsible for reviewing the following cases: *Stirling v. Salazar*, No. 23-35059 (9th Cir.) (response brief currently due Sept. 28, 2023); *Lillard v. Hendrix*, Nos. 23-35049 and 23-35059 (response brief due Oct. 30, 2023). She is also responsible for overseeing oral argument preparation in the following cases: *W.J. v. Secretary of Health and Human Services*, No. 22-2119 (Fed. Cir.) (oral argument scheduled for Sept. 26, 2023); *Fried v. Garland*, No. 22-13893 (11th Cir.) (oral argument scheduled for Oct. 5, 2023); *Row 1 Inc. v HHS*, No. 23-5020 (D.C. Cir.) (oral argument scheduled Oct. 6, 2023); *Orlandi v. Nolen*, No. 22-1269 (D.C. Cir.) (oral argument scheduled for Oct. 12, 2023); *Sandpiper Residents Association v. HUD*, No. 22-5334 (D.C. Cir.) (oral argument scheduled for Oct. 17, 2023); *Bridgeport Hosp. v. HHS*, No. 22-5249 (D.C. Cir.) (oral argument scheduled for Oct. 27, 2023).

4. The requested extension will not delay the resolution of this case, and counsel will exercise diligence in preparing the brief within the time requested.

5. The government emailed *pro se* plaintiff on September 13, 2022, to ask for his consent to the requested extension of time. Plaintiff has indicated that he objects to the extension as requested.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 45 days, to and including November 20, 2023.

Respectfully submitted,

ABBY C. WRIGHT

 /s/ Ben Lewis
BENJAMIN R. LEWIS
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7250*
*Washington, D.C. 20530*
*(202) 514-2494*

SEPTEMBER 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 525 words according to the word count of Microsoft Word.

*/s/ Ben Lewis*
Ben Lewis

## CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

                                            */s/ Ben Lewis*
                                            Ben Lewis