IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STANLEY DEWILDE,
    *Plaintiff-Appellant,*

v.

UNITED STATES ATTORNEY GENERAL, *et al.*,
    *Defendant-Appellees.*

No. 23-8054

**REPLY ON MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLEES' BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Tenth Circuit Rules 27.6 and 31.4, the United States files this reply in support of its motion for a 45-day extension of the deadline for filing its response brief in this appeal to and including November 20, 2023. *Pro se* plaintiff opposes.

1. Plaintiff's deadline to file his opening brief was September 15, 2023. Plaintiff filed his brief ten days early on September 5, 2023.

2. In light of that early filing, and in light of other pressing deadlines, the United States moved for an extension of time so that government counsel will have adequate time to prepare its response brief and coordinate with agency counsel. *See* Tenth Circuit R. 27.6(E). Both the line attorney on this matter—Ben Lewis—and the reviewing attorney on this matter—Abby Wright—have other deadlines that make it unduly burdensome to keep the existing schedule. Most notably, Ben Lewis has been preparing the government's briefs in multiple other cases where the government

has already received extensions, as well as preparing for arguments recently scheduled for the near future. *See Poling v. Kijakazi*, No. 23-5209 (S. Ct.) (brief in opposition due Sept. 25, 2023, as extended); *Miller v. Garland*, 23-1604 (4th Cir.) (response brief currently due Oct. 30, 2023, as extended); *Nevada Chapter of the Associated General Contractors of America v. Walsh*, No. 22-16544 (9th Cir.) (argument scheduled for Oct. 5, 2023); *Orlandi v. Nolen*, No. 22-1269 (D.C. Cir.) (argument scheduled for Oct. 12, 2023). An extension remains necessary, and the government reiterates its request.

3. Plaintiff argues that a 15-day extension to October 20, 2023, is adequate. But that deadline overlaps with Mr. Lewis's deadlines in *Nevada Chapter of the Associated General Contractors of America, Orlandi*, and *Miller*, as well as Mrs. Wright's review responsibilities in *Orlandi, Miller*, and *Fried v. Garland*, No. 22-13893 (11th Cir.) (oral argument scheduled for Oct. 5, 2023); *Row 1 Inc. v HHS*, No. 23-5020 (D.C. Cir.) (oral argument scheduled Oct. 6, 2023); *Sandpiper Residents Association v. HUD*, No. 22-5334 (D.C. Cir.) (oral argument scheduled for Oct. 17, 2023); *Bridgeport Hosp. v. HHS*, No. 22-5249 (D.C. Cir.) (oral argument scheduled for Oct. 27, 2023); *Lillard v. Hendrix*, Nos. 23-35049 and 23-35059 (response brief due Oct. 30, 2023).

4. Plaintiff speculates that government counsel will further cause delay of these proceedings. The government assures the Court that it will prepare the brief in this appeal and exercise diligence in preparing the brief in the time requested.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 45 days, to and including November 20, 2023.

Respectfully submitted,

ABBY C. WRIGHT

 /s/ Ben Lewis
BENJAMIN R. LEWIS
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7250*
*Washington, D.C. 20530*
*(202) 514-2494*

SEPTEMBER 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 458 words according to the word count of Microsoft Word.

                                                  */s/ Ben Lewis*
                                                  Ben Lewis

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

                                       */s/ Ben Lewis*
                                       Ben Lewis