**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**September 15, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

JAKE STANLEY DEWILDE,

    Plaintiff - Appellant,

v.

ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Defendants - Appellees.

No. 23-8054
(D.C. No. 1:23-CV-00003-SWS)
(D. Wyo.)

_____

**ORDER**

_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.

_____

    This matter is before the court on appellees' opposed motion for an extension of

time to file the response brief. Upon consideration, the motion is granted as modified.

Appellees shall serve and file their response brief on or before November 6, 2023.


                   Entered for the Court


                   CHRISTOPHER M. WOLPERT, Clerk