Jake DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524

December 4, 2023

Christopher M. Wolpert
Clerk of Court
United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

      Re: *DeWilde v. Attorney General*, No. 23-8054

Dear Mr. Wolpert:

      Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellant ("DeWilde") writes to inform the Court of an ATF NFA Form 1 application submission of his that was approved by Defendants-Appellees ("the government"). Please see attachment. Of particular relevance:

1. In the district court, the government refuted DeWilde's argument that "ordinary military equipment is protected" by the Second Amendment because it had "no limiting principle and could result in highly destructive weapons such as Javelin anti-tank missiles being protected." ROA at 246.

2. DeWilde rebutted the government's argument, asserting that the Second Amendment protects "all instruments that constitute bearable arms." *Id*. at 270, quoting *District of Columbia v. Heller*, 554 U.S. 570, 582 (2008).

3. The district court adopted the government's view, writing that DeWilde's argument "provides no limit" as to what arms are protected. *Id*. at 292.

4. On appeal, the government has maintained this argument, both quoting the district court's passage, Aple. Br. at 5 (citing ROA at 292), as well as asserting that "civilians do not have a right to [possess]… anti-tank weapons." *Id*. at 38.

5. DeWilde rebutted the government's argument by highlighting *Heller*'s limiting principle and asserting as false the claim that the bearable weapons the government identified are prohibited. *See generally* Reply Br. at 12-13.

6. On December 4, 2023, the government approved DeWilde's Form 1 application to manufacture an FGM-148 Javelin Anti-Tank Missile Launcher. *See* attachment.

7. The government did not approve DeWilde's Form 1 until today; he was thus unable to submit it during the lower court proceedings. Nonetheless, he maintained in the district court, and has preserved on appeal, his argument that all bearable arms are protected under *Heller*'s limiting principle, which applies at the textual analysis of a Second Amendment challenge.

8. The government's approval of DeWilde's Form 1 glaringly contradicts its argument that "civilians do not have a right to [possess]… anti-tank weapons," Aple. Br. at 38, and supports the Supreme Court's limiting principle in the context of Second Amendment rights that DeWilde has advanced. *See generally* Reply Br. at 12-13.

Respectfully Submitted,

*/s/ Jake S. DeWilde*

Jake S. DeWilde

PO Box 267

Wapiti, WY 82450

(307) 587-4524

**Certificate of Service**

I hereby certify that I filed the foregoing document via the Court's electronic-filing system; all parties in this case have consented to electronic service; and the electronic filing of the foregoing document constitutes proof of service to all parties in this case.

**Certificate of Compliance**

I hereby certify that this letter complies with the word limitations of Fed. R. App. P. 28(j) because the body contains 341 words.

Respectfully Submitted,

*/s/ Jake S. DeWilde*

Jake S. DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524