**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0011 (12/31/2025)

# Application to Make and Register a Firearm

**ATF Control Number**  2023632315

**To:** Bureau of Alcohol, Tobacco, Firearms and Explosives, P.O. Box 5015, Portland, OR 97208-5015, National Firearms Act Division (NFA)
*(Submit in duplicate. Please do not staple documents. See instructions attached.)*

As required by Sections 5821(b), 5822, and 5841 of the National Firearms Act, Title 26 U.S.C., Chapter 53, the undersigned hereby submits application to make and register the firearm described below.

**1. Type of Application** (check one)

2. Application is made by:
- [ ] Corporation
- [ ] Individual
- [ ] Other Legal Entity
- [x] Trust
- [ ] Government Entity

**3a. Trade Name** (If any)

- [x] **a. Tax Paid.** Submit your tax payment of $200 with the application. The tax may be paid by credit or debit card, check, or money order. Please complete item 20. Upon approval of the application, we will affix and cancel the required National Firearms Act Stamp. (See instruction 2.C and 3.)
- [ ] **b. Tax Exempt.** Firearm is being made on behalf of the United States, or any department, independent establishment, or agency thereof; or Tax Exempt. Firearm is being made by or on behalf of any State or possession of the United States, or any political subdivision thereof, or any official police organization of such a government entity engaged in criminal investigations.
- [ ] **c. Tax Exempt.** Firearm is not subject to the making tax pursuant to Title 26 U.S.C. §§ 7801, 7805. To confirm the application qualifies for tax-free registration, ATF may require additional supporting documentation, such as photographs of the firearm to be registered.

**3b. Applicant's Full Legal Name and Full Mailing Address** (Type or print below) (See instruction 2.D)

DEWILDE ARMS TRUST

**3d. County/Parish**  PARK

**3e. Telephone Number**

**3f. E-mail Address**

**3c. If P.O. Box is Shown Above, Street Address Must be Given Here**

**4. Description of Firearm** (Complete items a through k) (See instruction 2.J)

| a. Name and Address of Original Manufacturer and/or Importer of Firearm (If any) | b. Type of Firearm to be Made (See definition 2.K) (If a destructive device, complete item 4.J) | c. Caliber or Gauge (Specify one) | d. Model (As marked on firearm) FGM-148 JAVELIN |
|---|---|---|---|
| FORM 1 REGISTRATION, UNITED STATES | DESTRUCTIVE DEVICE | 127 | e. Barrel Length: 47 / f. Overall Length: 48 / g. Serial Number: 123CV00003SWS |

**h. Additional Description** (Indicate required Maker's Markings to include Maker's name as registered, City and State as each will appear on firearm)
FGM-148 JAVELIN ANTI-TANK MISSILE LAUNCHER

**i. Specify Why You Intend To Make Firearm** (Use additional sheet if necessary)
ALL LAWFUL PURPOSES

**j. Type of Destructive Device** (Check one box): [x] Firearm  [ ] Explosives (If the Explosives box is checked, complete item 5 and see instruction 2.M)

If an Explosive Type Destructive Device, Please provide additional description: _____

**k. Is This Firearm Being Reactivated?** [ ] Yes  [x] No  (See definition 1.K)

**5.** Applicant's Federal Firearms License (If any) or Explosives License or Permit Number For Notification Purposes, per Regulation 479.62, Please Provide 15-Digit Number

**6.** Special (Occupational) Tax Status (SOT) (If applicable) (See definitions)
a. Employer Identification Number
b. Class

**Under Penalties of Perjury, I declare** that I have examined this application, including accompanying documents, and to the best of my knowledge and belief it is true, accurate and complete and the making and possession of the firearm described above would not constitute a violation of Title 18, U.S.C., Chapter 44, Title 26, U.S.C., Chapter 53; or any provisions of State or local law.

| 7. Signature of Applicant | 8. Name and Title of Authorized Official | 9. Date |
|---|---|---|
| DIGITALLY SIGNED | JAKE DEWILDE, TRUSTEE | 05/04/2023 |

**The space below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By authority of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, this Application has been Examined and the Applicant's Making and Registration of the Firearm described above is:

- [x] Approved (With the following conditions, if any)
- [ ] Disapproved (For the following reasons)

Authorized ATF Official: *[signature]*
Date: 12/04/2023

Previous Editions Are Obsolete

ATF Copy 2 - To Be Returned To Registrant

ATF Form 1 (5320.1)
Revised December 2022

## MAKER'S CERTIFICATION (not completed by a GOVERNMENT ENTITY)

**10. Law Enforcement Notification** (See instruction 2.H)

Each applicant is to provide notification of the proposed making and possession of the firearm described on this Form 1 by providing a copy of the completed form to the Chief Law Enforcement Officer (CLEO) in the agency identified below:

| | |
|---|---|
| PARK COUNTY SHERIFF'S OFFICE | DARRELL STEWARD, SHERIFF |
| Agency or Department Name | Name and Title of Official |

1402 RIVER VIEW DRIVE, CODY, WY, 82414, UNITED STATES

Address (Street address or P.O. Box, City, State and ZIP Code) to which sent (Mailed or delivered)

### Information for the Chief Law Enforcement Officer

**12. Photograph**

This form provides notification of the applicant's intent to make and register a NFA firearm. No action is required by the CLEO. However, should the CLEO have information that may disqualify this person from making or possessing a firearm, please contact the NFA Division at (304) 616-4500 or NFA@atf.gov.

**Maker's Questions** (Complete only when the maker is an individual)

Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions.

**11.** Answer questions 11.a. through 11.m. Answer questions 13, 15, 16 and 17 if applicable. For any "Yes" answer the applicant shall provide details on a separate sheet. (See instruction 7.C and definitions)

| | Yes | No |
|---|---|---|
| a. Do you intend to make any firearm listed on this form for sale or other disposition to any person described in questions 11.c through 11.l, or a person described in question 11.m who does not fall under an exception? | ☐ | ☐ |
| b. Do you intend to sell or otherwise dispose of any firearm listed on this form in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☐ |
| c. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See definition 1.N) | ☐ | ☐ |
| d. Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See definition 1.N) | ☐ | ☐ |
| e. Are you a fugitive from justice? (See definition 1.T) | ☐ | ☐ |
| f. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☐ |
| g. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? (See definition 1.O and 1.P) | ☐ | ☐ |
| h. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☐ |
| i. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See definition 1.Q) | ☐ | ☐ |
| j. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See definition 1.R) | ☐ | ☐ |
| k. Have you ever renounced your United States citizenship? | ☐ | ☐ |
| l. Are you an alien illegally or unlawfully in the United States? | ☐ | ☐ |

Affix a 2" x 2" Photograph Here
No Stapling. Please Tape Sides of Photo to the Application.

1. Photo must have been taken within the last year.
2. Photo must have been taken in full face view without a hat or head covering that obscures the hair or hairline.
3. On back of photograph print full name, last 4 of SSN.

m.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa?   ☐ Yes   ☐ No

m.2. If "Yes", do you fall within any of the exceptions stated in the instructions? Attach the documentation to the application   ☐ Yes   ☐ No   ☐ N/A

**13.** If you are an alien, record your U.S.-Issued Alien or Admission number (AR#, USCIS#, or I94#): _____

**14.** Have you been issued a Unique Personal Identification Number (UPIN)? (See instruction 2.F) ☐ Yes ☐ No  If Yes please list _____

**15.** Social Security Number: (See instruction 2.F)                 Date of Birth:

| 16a. Ethnicity | ☐ Hispanic or Latino | 16b. Race | ☐ American Indian or Alaska Native | ☐ Black or African American | ☐ White |
|---|---|---|---|---|---|
| | ☐ Not Hispanic or Latino | | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | |

**17a.** Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.) (See definition 1.S)

☐ United States of America (U.S.A.)   ☐ Other Country/Countries (Specify): _____

**17b.** State of Birth:                          **17c.** Country of Birth:

**CERTIFICATION:** Under penalties imposed by 18 U.S.C. § 924 and 26 U.S.C. § 5861, I certify that, upon submission of this form to ATF, a completed copy of this form will be directed to the CLEO shown in item 10, that the statements, as applicable, contained in this certification, and any attached documents in support thereof, are true and correct to the best of my knowledge and belief. NOTE: See instructions 2.D(2) and 2.D(3) for the items to be completed depending on the type of applicant.

| | |
|---|---|
| DIGITALLY SIGNED JAKE DEWILDE, TRUSTEE | 05/04/2023 |
| Signature of Maker | Date |

ATF Copy 2 - To Be Returned To Registrant

ATF Form 1 (5320.1)
Revised December 2022

18. Number of Responsible Persons *(see definitions)* associated with the applicant trust or legal entity ___1___

19. Provide the full name *(printed or typed)* below for each Responsible Person associated with the applicant trust or legal entity *(if there are more Responsible Persons than can be listed on the form, attach a separate sheet listing the additional Responsible Person(s))*. Please note that a completed Form 5320.23, National Firearms Act *(NFA)* Responsible Person Questionnaire, must be submitted with the Form 1 application for each Responsible Person.

Full Name: JAKE DEWILDE

Full Name:

### Important Information for Currently Registered Firearms

If you are the current registrant of the firearm described on this form, please note the following information.

**Estate Procedures:** For procedures regarding the transfer of firearms in an estate resulting from the death of the registrant identified in item 3b, the executor should contact the NFA Division, Bureau of ATF, 244 Needy Road, Martinsburg, WV 25405 or contact via email at NFAFAX@ATF.gov for additional assistance.

**Interstate Movement:** If the firearm identified in item 4 is a **machinegun, short-barreled rifle, short-barreled shotgun, or destructive device**, the registrant may be required by 18 U.S.C. § 922(a)(4) to obtain permission from ATF prior to any transportation in interstate or foreign commerce. ATF Form 5320.20 can be used to request this permission.

**Change of Description or Address:** The registrant shall notify the National Firearms Act Division, National Service Center, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, of any change to the description of the firearm in item 4, or any change to the address of the registrant.

**Restrictions on Possession:** Any restriction *(see approval block on face of form)* on the possession of the firearm identified in item 4 continues with the further transfer of the firearm.

**Persons Prohibited from Possessing Firearms:** If the registrant becomes prohibited from possessing a firearm, please contact the NFA Division for procedures on how to dispose of the firearm.

**Proof of Registration:** A person possessing a firearm registered as required by the NFA shall retain proof of registration which shall be made available to any ATF Officer upon request.

### Paperwork Reduction Act Notice

This form is in accordance with the Paperwork Reduction Act of 1995. The information you provide is used to establish that the applicant's making and possession of the firearm would be in conformance with Federal, State, and local law. The data is used as proof of lawful registration of a firearm to the manufacturer. The furnishing of this information is mandatory *(26 U.S.C. § 5822)*.

The estimated average burden associated with this collection of information is 4.0 hours per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestion for reducing this burden should be addressed to Reports Management Officer, Resource Management Staff, Contract and Forms Section, Bureau of Alcohol, Tobacco, Firearms and Explosives, 99 New York Avenue NE. Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF Copy 2 - To Be Returned To Registrant

ATF Form 1 (5320.1)
Revised December 2022