UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Jake Stanley DeWilde

v.

United States Attorney General, et al.

Case No. 23-8054

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States Attorney General
_____
[Party or Parties][1]

Director of Bureau of Alcohol, Tobacco, Firearms, and Explosives
_____

Defendants-Appellees
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Kevin B. Soter
_____
Name of Counsel

/s/ Kevin B. Soter
_____
Signature of Counsel

950 Pennsylvania Ave., NW
(202) 514-3602    Washington, DC 20530
_____
Mailing Address and Telephone Number

kevin.b.soter@usdoj.gov
_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.
- Jeremy A. Gross, United States Attorney's Office, as trial counsel for defendant-appellees
- Jeremy S.B. Newman, Department of Justice, as trial counsel for defendant-appellees

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

12/06/2023
Date

/s/ Kevin B. Soter
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On _____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                   [state method of service]

12/06/2023
_____
Date

/s/ Kevin B. Soter
_____
Signature