

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

December 6, 2023

**By ECF**

Christopher M. Wolpert, Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    Re:   *DeWilde v. United States Attorney General*, No. 23-8054

Dear Mr. Wolpert:

    We respectfully write in response to plaintiff-appellant's December 4, 2023 letter regarding an application by the DeWilde Arms Trust to make and register a firearm under the National Firearms Act of 1934 (NFA), 26 U.S.C. § 5801 *et seq*. Plaintiff Jake DeWilde mistakenly argues that approval of this form somehow undermines the constitutionality of the federal machinegun ban, 18 U.S.C. § 922(o). But when Congress enacted the NFA, it chose to subject a variety of firearms to a regulation-and-taxation scheme, *see* Gov't Brief 2, and that scheme remains in effect today. Congress chose to enact a broader ban on new machineguns in 1986, 18 U.S.C. § 922(o), but its ban on those weapons did not address other firearms that remain subject to the NFA.

    While Congress has thus distinguished between machineguns and other firearms, that distinction in no way indicates that NFA firearms fall within the scope of the Second Amendment. As the Supreme Court has explained, certain weapons are "not eligible for Second Amendment protection," including "short-barreled shotgun[s]" subject to "the National Firearms Act." *District of Columbia v. Heller*, 554 U.S. 570, 621-22 (2008) (discussing *United States v. Miller*, 307 U.S. 174, 178 (1939)); *see also* Gov't Brief 14-16. Thus, as the government explained in its brief, civilians do

not have any right under the Second Amendment to possess shoulder-mounted rocket-propelled grenade launchers, anti-tank weapons, guided missiles, or suitcase bombs. Gov't Brief 38.

                              Sincerely,

                              */s/ Kevin B. Soter*
                              Kevin B. Soter

cc:    All counsel (via CM/ECF)