

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

March 5, 2024

**By ECF**

Christopher M. Wolpert, Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

      Re:    *DeWilde v. United States Attorney General*, No. 23-8054

Dear Mr. Wolpert:

      Mr. DeWilde relies in part on *Teter v. Lopez*, 76 F.4th 938 (9th Cir. 2023), to argue that 18 U.S.C. § 922(o) is unconstitutional under the Second Amendment. *See* Br. 9, 17-18. We write to inform the Court that the Ninth Circuit recently vacated the panel's decision in *Teter* and will be rehearing the case en banc. *See* Order, *Teter v. Lopez*, 2024 WL 719051 (Feb. 22, 2024). That order is attached.

               Sincerely,

               */s/ Ben Lewis*
               Ben Lewis

cc:    All counsel (via CM/ECF)