Jake DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524

March 6, 2024

Christopher M. Wolpert
Clerk of Court
United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

  Re: *DeWilde v. United States Attorney General*, No. 23-8054

Dear Mr. Wolpert:

  Plaintiff-Appellant ("DeWilde") respectfully writes in response to Defendants-Appellants' ("the government") March 5, 2024 letter identifying an order granting en banc review in *Teter v. Lopez*, 76 F.4th 938 (9th Cir. 2023).

  The Ninth Circuit "once again swats down another Second Amendment challenge."[1] The court's "all-too-predictable haste to again rule against the Second Amendment"[2] comes as no surprise given "the fact that th[at] is *always* what happens when a three-judge panel upholds the Second Amendment"[3] in the Ninth Circuit. The court "has ruled on dozens of

---

[1] Order, *Duncan v. Bonta*, No. 23-55805 at 11 (9th Cir. Oct. 10, 2023) (Bumatay, J., dissenting).
[2] Order, *Duncan v. Bonta*, No. 23-55805 at 5 (9th Cir. Sep. 28, 2023) (VanDyke, J., dissenting).
[3] *McDougall v. County of Ventura*, 23 F.4th 1095, 1119 (9th Cir. 2022) (VanDyke, J., concurring) (emphasis in original).

Second Amendment cases, and without fail has *ultimately* blessed *every* gun regulation challenged."[4]

While the decision in *Teter* has been vacated, the considered analysis conducted by the panel following *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. ___ (2022) should be thoughtfully contrasted with the full Ninth Circuit's contentious Second Amendment jurisprudence.

Respectfully Submitted,

*/s/ Jake S. DeWilde*

Jake S. DeWilde

PO Box 267

Wapiti, WY 82450

(307) 587-4524

---

[4] *Id*. (emphasis in original).

**Certificate of Service**

I hereby certify that I filed the foregoing document via the Court's electronic-filing system; all parties in this case have consented to electronic service; and the electronic filing of the foregoing document constitutes proof of service to all parties in this case.

**Certificate of Compliance**

I hereby certify that this letter complies with the word limitations of Fed. R. App. P. 28(j) because the body contains 249 words.

Respectfully Submitted,

*/s/ Jake S. DeWilde*

Jake S. DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524